# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARIUS D. WINGARD

NO. 2019 KW 0649

AUG 0 5 2019

---

In Re:    Jarius D. Wingard, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 03-14-1061, 04-14-0669, 05-15-0381.

---

BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.** A district court has no authority to amend or modify a legal sentence in a felony case in which the defendant has been sentenced to imprisonment at hard labor after the defendant has begun serving the sentence unless the court grants a timely filed motion to reconsider sentence. See La. Code Crim. P. arts. 881(A) & 881.1(A)(1). See also **State v. Gedric,** 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (*per curiam*), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239. Accordingly, the district court did not abuse its discretion by denying the motion to amend or modify sentence.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT